# United States District Court

FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

*FILED*
*2015 JAN 29 P 12: 28*
*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NO. DISTRICT OF CALIFORNIA*

---

UNITED STATES OF AMERICA,

V.

TRACY CHANG and
HOWARD HSU

CR 15 067 WHO

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 371 - Conspiracy to Defraud the United States
26 U.S.C. § 7206(1) - Making and Subscribing False Tax Returns
26 U.S.C. § 7206(2) - Aiding and Assisting in the Preparation of
False Tax Returns

A true bill.

_William_ _____
Foreman

Filed in open court this _29th_ day of

_January 2015_     KAREN L. HOM

_Karen L. Hom_

JOSEPH C. SPERO     Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no bail on 4 counts_

_as to both defendants_

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

—— **OFFENSE CHARGED** ——

18 U.S.C. § 371 - Conspiracy to Defraud the United States
26 U.S.C. § 7206(1) - Making and Subscribing False Tax
    Returns

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:  18 U.S.C. § 371 –5 years prison, $250,000 fine,  3 years supervised
release, $100 assessment; 26 U.S.C. § 7206(1) –3 years prison,
$250,000 fine, 1 year supervised release, $100 assessment

—— **PROCEEDING** ——

Name of Complaintant Agency, or Person (& Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on this form     MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Colin Sampson, AUSA, Tax Div.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—— **DEFENDANT - U.S** ——

▶ TRACY CHANG

DISTRICT COURT NUMBER

CR 15  067  WHO

—— **DEFENDANT** ——

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
    summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     If "Yes"
been filed?  ☒ No      give date
             filed

DATE OF     ▶     Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— **ADDITIONAL INFORMATION OR COMMENTS** ——

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:             Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 371 - Conspiracy to Defraud the United States
26 U.S.C. § 7206(2) - Aiding and Assisting in the Preparation
of False Tax Returns

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY: 18 U.S.C. § 371 –5 years prison, $250,000 fine,  3 years supervised
release, $100 assessment; 26 U.S.C. § 7206(2) –3 years prison,
$250,000 fine,  1 year supervised release, $100 assessment;

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2015 JAN 29  P 12: 28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

HOWARD HSU

DISTRICT COURT NUMBER

CR  15  067

WHO

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form     MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Colin Sampson, AUSA, Tax Div.

**DEFENDANT**

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal  ☐ State

  If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes
been filed?    ☒ No

If "Yes"
give date
filed

**DATE OF
ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3

4  

5

6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA                    

10              SAN FRANCISCO DIVISION

11                                                 CR 15   067

12  UNITED STATES OF AMERICA,              Criminal No.

13          Plaintiff,                     VIOLATIONS: 18 U.S.C. § 371 –
                                           Conspiracy to Defraud the United States;
14      v.                                 26 U.S.C. § 7206(1) – Making and
                                           Subscribing False Tax Returns; 26 U.S.C.
15                                         § 7206(2) – Aiding and Assisting in the
    TRACY CHANG and                        Preparation of False Tax Returns
16  HOWARD HSU,
                                           (SAN FRANCISCO VENUE)
17          Defendants.
                                           UNDER SEAL
18

19

20                        I N D I C T M E N T
21  The Grand Jury charges:

22      At all times relevant to this indictment, with all dates being approximate and all date

23  ranges both approximate and inclusive:

24  COUNT ONE: (18 U.S.C. § 371 – Conspiracy to Defraud the United States)

25      1.      From September 15, 2009, and continuing until March 1, 2011, in the Northern      

26  District of California and elsewhere, the defendants,

27

28

1
TRACY CHANG and
HOWARD HSU,

2  did unlawfully, voluntarily, intentionally and knowingly conspire, combine, confederate, and

3  agree with one another and with other persons both known and unknown to the Grand Jury to

4  defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the

5  lawful Government functions of the Internal Revenue Service of the Treasury Department in the

6  ascertainment, computation, assessment, and collection of revenue: to wit, federal income taxes

7  due and owing by Didsee Corporation to the United States of America.

8  <u>PERSONS, PARTIES, AND ENTITIES</u>

9  2.     The Internal Revenue Service ("IRS") is an agency of the United States of

10  America within the Department of the Treasury.

11          a.   The Internal Revenue Code (Title 26 of the United States Code) contains the

12              Internal Revenue Code and laws of the United States concerning, among other

13              things, tax liability.

14          b.   "Federal income tax" refers to the tax due to the United States of America

15              under the Internal Revenue Code and reported on U.S. Corporation Income

16              Tax Returns ("Form 1120") or an Amended U.S. Corporation Income Tax

17              Return ("Form 1120X") filed with the IRS.

18  3.     Didsee Corporation ("Didsee") was a Nevada Corporation established by Tracy

19  Chang ("Chang") on April 25, 2007, and owned and operated by Howard Hsu ("Hsu") and

20  Chang.

21  4.     Chang, an accountant and Hsu's mother, was listed as Didsee's President,

22  Secretary, Treasurer, and Director.  Chang was also the bookkeeper and accountant for Didsee.

23  5.     Hsu wrote and developed the computer code for Didsee's online advertisement

24  marketing business and acted as its Managing Director.  Didsee's clients were online websites

25  and marketplaces. Hsu reviewed Didsee's books and records and provided income statements

26  and balance sheets to the company's tax return preparers.

27  ///

28

MANNER AND MEANS

The manner and means by which the conspiracy was accomplished included, among other acts, the following:

6.    Chang handled the accounting for Didsee during 2008 and 2009.

7.    Hsu directed Chang to pay for his personal expenses from Didsee's bank accounts.

8.    In October 2008, Didsee's 2007 Form 1120, was prepared by a Certified Public Accountant ("CPA"). The Form 1120 reported total income of $1,653,511, and total deductions of $229,178, for a total taxable income of $1,424,333 and total tax of $484,273.

9.    In September 2009, Didsee's 2008 Form 1120 was prepared by the CPA using summaries and information provided to her by Hsu.  Chang signed Didsee's Form 2008 Form 1120 as Didsee's President on December 28, 2010, and it was filed with the IRS.  Didsee's 2008 Form 1120 reported total income of $1,992,158, and total deductions of $1,946,782, for a total taxable income of $14,693 and total tax of $2,204.

10.    In September 2010, another CPA prepared Didsee's 2009 Form 1120, using summaries and information provided to her by Hsu. Didsee's 2009 Form 1120 claimed total deductions of $377,848, resulting in a net operating loss of $362,967.  The claimed 2009 net operating loss was then carried back, through the filing of a 2007 Form 1120X, Amended U.S. Corporation Income Tax Return, which Chang signed on March 1, 2011.  This resulted in a refund of 2007 federal income taxes Didsee paid in the amount of $126,706.

11.    Hsu provided Didsee's tax return preparers with false and overstated information, including summaries of Didsee's expenses for 2008 and 2009 during the preparation of Didsee's 2008 and 2009 Form 1120 federal income tax returns.

12.    Hsu provided summaries to the preparer of Didsee's 2008 Form 1120 which included amounts to be claimed as deductible expenses that were not actually incurred by Didsee, and claimed deductible expenses that were actually personal expenses of Hsu and Chang paid for by Didsee.

13.    The summaries Hsu provided to the preparer of Didsee's 2009 Form 1120

1 | included amounts to be claimed as deductible expenses that were not actually paid for or

2 | incurred by Didsee, and claimed as deductible expenses that were actually personal expenses of

3 | Hsu and Chang that Didsee paid.

4 |     14.    Chang signed Didsee's 2007 Form 1120X to carry back overstated losses in order

5 | to obtain a refund of federal income taxes paid by Didsee in 2007.

6 |     15.    Hsu did not report as income on his 2007 through 2009 Forms 1040, Federal

7 | Income Tax Returns, significant personal expenses paid on his behalf and at his direction by

8 | Didsee.

9 | <center>OVERT ACTS</center>

10 |     In furtherance of the conspiracy and to affect the objects of the conspiracy, the following

11 | overt acts, among others, were committed in the Northern District of California:

12 |     16.    On September 15, 2009, Hsu directed Chang by e-mail to sign a Form 8879-C,

13 | IRS F-File Signature Authorization for Didsee's 2008 Form 1120 and to provide it to Didsee's

14 | tax return preparer.

15 |     17.    On December 28, 2010, Chang signed Didsee's 2008 Form 1120.

16 |     18.    On March 1, 2011, Chang signed Didsee's and 2007 Form 1120X.

17 |     All in violation of Title 18, United States Code, Section 371.

18 | COUNT TWO: (26 U.S.C. § 7206(1) – Making and Subscribing False Tax Returns)

19 |     19.    The facts alleged in paragraphs 2 through 18 are realleged and incorporated as if

20 | fully set forth here.

21 |     20.    On December 28, 2010, in the Northern District of California and elsewhere, the

22 | defendant,

23 | <center>TRACY CHANG,</center>

24 | a resident of San Francisco, California, did willfully make and subscribe a 2008 Form 1120 U.S.

25 | Corporation Income Tax Return, for Didsee, for the calendar year 2008, which was verified by a

26 | written declaration that it was made under the penalties of perjury and which she did not then

27 | and there believe to be true and correct as to every material matter, in that the return included

28 | false and overstated deductions for 2008 business expenses of Didsee and improper deductions

Indictment        4
U.S. v. Chang, et al.

1  for personal expenses paid for by Didsee.

2      All in violation of Title 26, United States Code, Section 7206(1).

3  COUNT THREE: (26 U.S.C. § 7206(1) – Making and Subscribing False Tax Returns)

4      21.    The facts alleged in paragraphs 2 through 18 are realleged and incorporated as if

5  fully set forth here.

6      22.    On March 1, 2011, in the Northern District of California and elsewhere, the

7  defendant,

8                          TRACY CHANG,

9  a resident of San Francisco, California, did willfully make and subscribe a 2007 Form 1120X,

10  Amended U.S. Corporation Income Tax Return, for Didsee, for the calendar year 2007, which

11  was verified by a written declaration that it was made under the penalties of perjury and which

12  she did not then and there believe to be true and correct as to every material matter, in that the

13  return included a carryback of claimed 2009 net operating losses which contained false and

14  overstated deductions for 2009 business expenses of Didsee and improper deductions for

15  personal expenses paid for by Didsee.

16      All in violation of Title 26, United States Code, Section 7206(1).

17  COUNT FOUR: (26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation of False Tax

18  Returns)

19      23.    The facts alleged in paragraphs 2 through 18 are realleged and incorporated as if

20  fully set forth here.

21      24.    On or December 28, 2010, in the Northern District of California and elsewhere,

22  the defendant,

23                          HOWARD HSU,

24  a resident of San Francisco, California, did willfully aid and assist in, procure, counsel, and

25  advise the preparation and presentation to the Internal Revenue Service of a 2008 Form 1120

26  U.S. Corporation Income Tax Return, for Didsee, for the calendar year 2008, which was false

27  and fraudulent as to a material matter, in that the return included false and overstated deductions

28  for 2008 business expenses of Didsee and improper deductions for personal expenses paid for by

Indictment                          5
U.S. v. Chang, et al.

1    Didsee.

2        All in violation of Title 26, United States Code, Section 7206(2).

3    COUNT FIVE: (26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation of False Tax

4    Returns)

5        25.    The facts alleged in paragraphs 2 through 18 are realleged and incorporated as if

6    fully set forth here.

7        26.    On or September 14, 2010, in the Northern District of California and elsewhere,

8    the defendant,

9                                   HOWARD HSU,

10   a resident of San Francisco, California, did willfully aid and assist in, procure, counsel, and

11   advise the preparation and presentation to the Internal Revenue Service of a 2009 Form 1120

12   U.S. Corporation Income Tax Return, for Didsee, for the calendar year 2009, which was false

13   and fraudulent as to a material matter, in that the return included false and overstated deductions

14   for 2009 business expenses of Didsee and improper deductions for personal expenses paid for by

15   Didsee.

16       All in violation of Title 26, United States Code, Section 7206(2).

17   COUNT SIX: (26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation of False Tax

18   Returns)

19       27.    The facts alleged in paragraphs 2 through 18 are realleged and incorporated as if

20   fully set forth here.

21       28.    On September 8, 2010, and continuing until at least March 1, 2011, in the

22   Northern District of California and elsewhere, the defendant,

23                                   HOWARD HSU,

24   a resident of San Francisco, California, did willfully aid and assist in, procure, counsel, and

25   advise the preparation and presentation to the Internal Revenue Service of a 2007 Form 1120X,

26   Amended U.S. Corporation Income Tax Return, for Didsee, for the calendar year 2007, which

27   was false and fraudulent as to a material matter, in that the return included a carryback of

28   claimed 2009 net operating losses which contained false and overstated deductions for 2009

Indictment                                    6
U.S. v. Chang, et al.

business expenses of Didsee and improper deductions for personal expenses paid for by Didsee.

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

DATE     1/29/15

FOREPERSON

MELINDA HAAG
United States Attorney

DAVID R. CALLAWAY
Chief, Criminal Division

Approved as to Form:

COLIN SAMPSON
Assistant United States Attorney
Tax Division

Indictment                                          7
U.S. v. Chang, et al.